IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR478 |
| v. | ) | |
| GORDON J. GIVENS, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's Motion to Vacate Order of Restitution (Filing No. 51).

IT IS ORDERED:

1. A hearing on the defendant's motion is scheduled for hearing before the undersigned on **August 30, 2007, at 2:00 p.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**2. The defendant will not be present for the hearing. If the defendant wishes to participate telephonically in the hearing, his attorney must notify chambers at least 24 hours before the hearing of the telephone number and contact person at the institution in which defendant is incarcerated.**

DATED this 15th day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge